# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARTIN FABIAN,<br><br>                Plaintiff,<br><br>vs.<br><br>SEALED AIR CORPORATION dba SEALED AIR GLOBAL; SEALED AIR DIVERSEY CARE; JOHNSON DIVERSEY, INC. dba DIVERSEY, INC., and DOES 1 -250 Inclusive,<br><br>                Defendants. | **Case No.: CV 18-2309-DMG (Ex)**<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE [10]** |

The Court, having reviewed the parties' Stipulation of Dismissal with Prejudice and good cause appearing, orders that the above-captioned action be and is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: April 27, 2018

                                                  DOLLY M. GEE
                                                  UNITED STATES DISTRICT JUDGE